UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NU IMAGE, INC.** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 2:12-cv-04757-AB |
| **DOES 1 – 17** | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE**

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed in this case.

Respectfully submitted,
NU IMAGE, INC.

DATED: January 4, 2013

By: /s/ Douglas Blecki
Douglas Blecki
Pennsylvania Bar No. 310791
*Dunlap*Weaver, PLLC
199 Liberty Street, SE
Leesburg, VA 20175
Telephone: 703-777-7319
Facsimile: 703-777-3656
subpoena@dgwlegal.com
*Counsel for the Plaintiff*

1

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 4th day of January, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

                                                        By: /s/ Doug Blecki
                                                             Doug Blecki